IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
NOV 9 2000
ROBERT D. DENNIS, CLERK
US DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | | |
|---|---|---|
| MANUEL ALEJANDRO DIAZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-00-455-R |
| | ) | |
| LEROY YOUNG, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

DOCKETED

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered October 12, 2000. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the petition of Manual Alejandro Diaz for a writ of habeas corpus is DENIED.

IT IS SO ORDERED this 9th day of November, 2000.

DAVID L. RUSSELL
CHIEF UNITED STATES DISTRICT JUDGE